## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE ZAMIAS, ESTATE OF MARIANNA ZAMIAS, DECEASED, DAMIAN ZAMIAS, individually and as co-executor of the Estate of Marianna Zamias, STEPHEN ZAMIAS, individually and as co-executor of the Estate of Marianna Zamias, ESTATE OF SAMUEL ZAMIAS, DECEASED, Kathleen Zamias, Executor, | Civil Action No. 3:17-CV-00153-KRG |
| Plaintiffs, | |
| v. | |
| FIFTH THIRD BANK, | |
| Defendant. | |

## DEFENDANT FIFTH THIRD BANK'S MOTION TO STRIKE PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(f) and 15(a)(2), as well as this Court's inherent authority to manage its own docket, Defendant Fifth Third Bank ("Fifth Third") hereby moves to dismiss and/or strike Plaintiffs' amended complaint (Dkt. 28) because it was filed in violation of this Court's scheduling order and Rule 15(a)(2). Alternatively, Fifth Third asks the Court to grant Fifth Third leave to file a motion dismiss Plaintiffs' amended complaint pursuant to Civil Rule 12(b)(6). A memorandum in support and proposed order are attached hereto.

Dated: February 21, 2018          Respectfully submitted,

*/s/ Nathan L. Colvin*
Daren S. Garcia (Pa. ID No. 318099)
Meredith J. Caplan (Pa. ID No. 321167)
Vorys, Sater, Seymour and Pease LLP
500 Grant Street, Suite 4900
Pittsburgh, PA 15219-2502
Telephone:  (412) 904-7717
Facsimile:  (412) 904-7817
dsgarcia@vorys.com
mjcaplan@vorys.com

Nathaniel Lampley, Jr. (pro hac vice)
Nathan L. Colvin (pro hac vice)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Great American Tower, Suite 3500
Cincinnati, Ohio  45202
Telephone:  (513) 723-4000
Facsimile:  (513) 852-8447
nlampley@vorys.com
nlcolvin@vorys.com