## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE ZAMIAS, ESTATE OF MARIANNA ZAMIAS, DECEASED, DAMIAN ZAMIAS, individually and as co-executor of the Estate of Marianna Zamias, STEPHEN ZAMIAS, individually and as co-executor of the Estate of Marianna Zamias, ESTATE OF SAMUEL ZAMIAS, DECEASED, Kathleen Zamias, Executor,<br><br>PLAINTIFFS,<br><br>v.<br><br>FIFTH THIRD BANK,<br><br>DEFENDANT. | CASE NO. 3:17-CV-00153-KRG |

## [PROPOSED] ORDER OF COURT

This matter comes before this Court on Defendant Fifth Third Bank's Motion to Strike Plaintiffs' First Amended Complaint. Upon consideration of the arguments of parties, the Court finds that Plaintiffs' First Amended Complaint was improperly filed without leave or consent. Consequently, Fifth Third Bank's motion is GRANTED, and it is hereby ORDERED that Plaintiffs' First Amended Complaint (Dkt. 28) is stricken.

Date: _____     _____
                                                                    District Judge